175 A.3d 966

IN THE MATTER OF KEITH T. SMITH, AN ATTORNEY
AT LAW (ATTORNEY NO. 024721989)

D–188 September Term 2016
079711

January 11, 2018

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 17–007, concluding on the record certified to the Board pursuant to Rule 1:20–4(f) (default by respondent) that **KEITH T. SMITH** of **EGG HARBOR TOWNSHIP**, who was admitted to the bar of this State in 1989, should be censured for violating RPC 1.15(d) and Rule 1:21–6 (recordkeeping); and RPC 8.1(b) and Rule 1:20–3(g)(3); and good cause appearing;

It is ORDERED that **KEITH T. SMITH** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20–17.